Núm. 7361.—Aponte et al., apldos. *v.* Alonso, dmdo. y Muñoz Vda. de Alonso, aplte.—C. D. San Juan. Enero 21, 1927.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede, con la asistencia de ambas partes, no siendo por sí solo el defecto de no contener el alegato de la tercerista apelante la exposición fiel y concisa de la causa que exige la regla 42 de este tribunal, motivo suficiente para desestimar por falta de alegato la apelación interpuesta por dicha tercerista-apelante y

no apareciendo claramente frívola la cuestión principal planteada en dicho alegato, no ha lugar a la desestimación solicitada.

Los Jueces Asociados señores Wolf y Córdova Dávila no intervinieron.

Señalada audiencia para mostrar causa para no desestimar, sin la parte apelante comparecer, la corte desestimó por falta de alegato los recursos siguientes:

Núms. 6652, 6768, 6945, 7091, 7148, 7149, 7177, 7191 y 7208.